# NOTICE TO DOCKET CLERK OF TRIAL

Date: June 24, 2021

From: William Carson, (law clerk)/ courtroom deputy to Judge Gibson

Case Caption: UPMC & UPMC Altoona v. CBIZ, CBI, & Jon S. Ketzner

Civil / Criminal Action No: 3:16 cv 204

## I. Trial Dates

1. ( )  Jury trial *began* on _____
       Non-jury trial *began* on _____

2. ( )  Jury trial *continued* on _____
       Non-jury trial *continued* on _____

3. (X)  Jury trial *concluded* on June 24, 2021
       Non-jury trial *concluded* on _____

## II. Motions

1. ( ) Written
   ( ) Oral
   Motion for judgment *as a matter of law* was made by: _____
   Motion for judgment *as a matter of law* was made on: _____
   
   Adjudication: _____

2. ( ) Written
   ( ) Oral
   Motion *in limine* for: _____
   Motion *in limine* was made by: _____
   Motion *in limine* was made on: _____
   
   Adjudication: _____

3. ( ) Written
   ( ) Oral
   Motion: _____
   Motion was made by: _____
   Motion was made on: _____
   
   Adjudication: _____

## III. Time in Court

Court opened: 8:46    Recesses: 8:55 to 10:57    ____ to ____
Court closed: 11:25              ____ to ____    ____ to ____
                                 ____ to ____    ____ to ____

Total time in Court: :37